**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 14, 2010**

_____

BK1005106
RAH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 10-32652 |
| William Alex Ulrich<br>Angela Alex Ulrich | Chapter 7 |
| | Judge Humphrey |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #11) FOR PROPERTY LOCATED AT (6511 WILDVIEW DRIVE HUBER HEIGHTS , OH 45424)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on June 16, 2010 as document number 11. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 6511 Wildview Drive  Huber Heights, OH 45424.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
Bar Registration No.0076240
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

US Bank - Creditor
PO Box 79019
St. Louis, MO 63179
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###